## EXHIBIT C

**Parties to Litigation Pending in the United States**

The following is a list of pending litigation in which the Debtors are a party in the United States at the time of filing of this Verified Petition:

- *Hurt, et al. v. Commerce Energy, Inc.*, Case No. 18-4058 (6th Cir. Oct. 30, 2018);

- *Chui v. Just Energy New York Corp.*, Case No. CV-052305-14/K1 (Civil Ct. N.Y.C. Sept. 10, 2014);

- *Donin, et al. v. Just Energy Group Inc., et al.*, Case No. 17-cv-05787-WFK-SJB (E.D.N.Y. Oct. 3, 2017);

- Gardnerville Realty LLC d/b/a 160 Associates v. Hudson Energy Services LLC, Case No. 651057-2018 (N.Y. Sup. Ct. Mar. 6, 2018);

- *Jordet v. Just Energy Solutions, Inc.*, Case No. 18-cv-00953-WMS (W.D.N.Y. Aug. 30, 2018);

- *White, et al. v. Just Energy Group Inc.*, et al., Case No. 20-cv-00590 (S.D. Tex. Feb. 2, 2020);

- Pariveda Solutions, Inc. v. Just Energy (U.S.) Corp., Case No. DC-19-16667 (Tex. D. Ct. Oct. 14, 2019);

- *Energy Earth, LLC v. Just Energy (U.S.) Corp.*, Case No. 2020-22395 (Tex. D. Ct. Apr. 8, 2020);

- *Hudson Energy Services, LLC v. Sun Holdings Inc.*, Case No. 20-2057359 (D. Tex. Sept. 17, 2020);

- Eagle Railcar Services LP v. Hudson Energy Services, LLC, DC-21-01130 (Tex. D. Ct. 2021); and

- *Insys Liquidation Trust v. Just Energy Group, Inc.*, Case No. 1:21-ap-50166 (Bankr. D. Del. Feb. 23, 2021).