## EXHIBIT E

**Corporate Organizational Chart**




**NOTES:**
(1) Owns approximately 7.8% of Ecobee Inc.
(2) 5% owned by the German Managing Director and Founder through related corporate entity