IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 15 |
| Just Energy Group Inc., *et al.*, | Case No. 21-30823 (MI) |
| Debtors in a Foreign Proceeding,[1] | (Jointly Administered) |

## AFFIDAVIT OF TWENTY-SEVENTH SUPPLEMENTAL SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 20, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Initial Order with Cover Letter**

- **Endorsement of Justice Koehnen**

- **Application Record of the Applicants**

- **Factum of the Applicants**

- **Monitor's Pre-Filing Report**

- **Notice to Creditors**

- **Chapter 15 Petition for Recognition of a Foreign Proceeding [Docket No. 1]**

- **Notice of Designation as Complex Chapter 15 Bankruptcy Case [Docket No. 2]**

- **Declaration of Michael Carter in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 3]**

- **Order Applying Complex Case Procedures to Chapter 15 Case [Docket No. 4]**

- **Declaration of Shawn T. Irving in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 5]**

---

[1] The identifying four digits of Debtor Just Energy Group Inc.'s local Canada tax identification number are 0469. Due to the large number of debtor entities in these chapter 15 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at www.omniagentsolutions.com/justenergy. The location of the Debtors' service address for purposes of these chapter 15 cases is: 100 King Street West, Suite 2360, Toronto, ON, M5X 1E1.

- **Notice of Commencement of Chapter 15 Case [Docket No. 7]**

- **Verified Petition for (I) Recognition of Foreign Main Proceeding, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code [Docket No. 17]**

- **Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Docket No. 23]**

- **Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice [Docket No. 25]**

- **Order for Joint Administration [Docket No. 26]**

- **Notice of Recognition Hearing [Docket No. 33]**

- **Order Granting Petition for (I) Recognition as Foreign Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of The Bankruptcy Code [Docket No. 82]**

Dated: December 20, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       }ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public · California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

**EXHIBIT A**

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Creditor | Attention | Email | Method of Service |
|---|---|---|---|---|
| Designated Party | AMERICAN EXPRESS | Ina Thonfeld | ina.thonfeld@aexp.com | Email |
| Designated Party | AMERICAN EXPRESS | Matthew Heimann | matthew.heimann@aexp.com | Email |
| Designated Party | PALIARE ROLAND ROSENBERGROTHSTEIN LLP | Ken Rosenberg | ken.rosenberg@paliareroland.com | Email |
| Designated Party | PALIARE ROLAND ROSENBERGROTHSTEIN LLP | Jeffrey Larry | jeff.larry@paliareroland.com | Email |